UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GUDRUN L. RICE | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| Case Number: 06-CR-00404-EWN | FTR GLR PM |
| Date: OCTOBER 20, 2006 | |
| UNITED STATES OF AMERICA | James Hearty |
| V. | |
| PETER BEGAY | Scott Varholak |

## STATUS HEARING

Court in Session: 1:55 p.m.

Court calls case and appearance.

Counsel state that this matter was set in order for defendant to meet counsel.

Motion to Reconsider Order of Detention comes before the Court.

**ORDERED:**
- the motion shall be heard by Magistrate Judge West on **October 24, 2006 at 2:00 p.m.**
- Counsel sent to chambers for the next hearing date.
- Defendant remanded to custody

Court in Recess: 1:57 p.m.
Hearing Concluded
Time: 2 minutes