UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| David L. West | Tracey Lee |
| United States Magistrate Judge | Deputy Clerk |
| | |
| Case Number: 06-cr-00404-EWN | FTR DLW PM |
| Date: October 24, 2006 | |
| | |
| UNITED STATES OF AMERICA | Joseph Mackey for |
| | Wallace Kleindienst |
| | |
| v. | |
| | |
| Peter Begay | Scott Varholak |

**HEARING ON MOTION TO RECONSIDER DETENTION ORDER, ARRAIGNMENT AND DISCOVERY**

Court in Session: 3:22pm

Court calls case and appearances of counsel.

Sue Heckman is present from pre-trial services.

Government addresses the motion to reconsider detention order. The government continues to seek detention.

Defense addresses the court.

The court addresses the defendant and his counsel.

**ORDERED:** The motion for reconsideration of detention order [10] is **DENIED.**

**ORDERED:** The defendant will remain detained, as the court finds that there are no conditions or combination of conditions that can assure the safety of the community and the appearance of the defendant in court.

Defendant will enter a plea of NOT GUILTY and waive further reading and advisement.

Court accepts plea.

Speedy Trial:
30 days: November 15, 2006
70 days: December 21, 2006
90 days: January 10, 2007

Discovery order tendered to the court.

**ORDERED:** Counsel to chambers for further court dates.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in Recess: 3:35pm

Total time: 12 minutes

Hearing concluded.