IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00404-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER BEGAY,

        Defendant.

_____

**ORDER**
_____

        THIS MATTER having come before the Court upon the government's Motion to Dismiss the Indictment following the Court's sentencing of the defendant pursuant to the plea agreement filed in this case, and,

        THIS COURT having sentenced defendant and finding good cause to grant the government's motion, it is hereby,

        ORDERED that the government's motion is granted and the Indictment is hereby dismissed, and it is further,

        ORDERED that the government shall have the right to prosecute defendant on the Indictment should defendant's guilty plea be withdrawn, vacated, set aside, or otherwise nullified.

Dated this 16th day of October, 2007.

           BY THE COURT:

           s/ Edward W. Nottingham
           EDWARD W. NOTTINGHAM
           Chief United States District Judge